UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA, | No. 2:14-cv-1716-EFB P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Ronald Lee Canada is a state prisoner proceeding without counsel. This action was opened when he filed a letter directed to United States District Judge Lawrence K. Karlton and titled it a "Complaint." ECF No. 1. He has not, however, properly commenced a civil action.

A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. In addition, a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

By order dated July 28 2014, the court granted Mr. Canada 30 days to properly commence a civil action, and warned him that failure to do so could result in this case being closed. Those 30 days have passed and Mr. Canada has not filed the necessary documents or otherwise responded to the court's order. As Mr. Canada has not submitted a complaint and either paid the

/////

1

filing fee or met the requirements of 28 U.S.C. § 1915(a), and there is simply no case before the court. Accordingly, it hereby is ORDERED that this case be closed.

DATED: September 2, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE